# Court of Appeals
# of the State of Georgia

ATLANTA,  November 03, 2020

*The Court of Appeals hereby passes the following order:*

**A21A0411.  BIANCA FLOR MASCORRO v. RAUL JAVIER MONJARAZ.**

Raul Javier Monjaraz filed a petition for legitimation and custody of his biological children, A. M. M. and A. R. M.  After a hearing, the trial court entered its "Legitimation Order," granting the petition.[1] Bianca Flor Mascorro filed this timely direct appeal followed. We, however, lack jurisdiction.

A legitimation action is a domestic relations case, and an appeal in a domestic relations case must be initiated by filing an application for discretionary review. See OCGA § 5-6-35 (a) (2), (b); *Cloud v. Norwood*, 321 Ga. App. 218, 218 (739 SE2d 93) (2013); *Brown v. Williams*, 174 Ga. App. 604, 604 (332 SE2d 48) (1985). "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fitzgerald v. Department of Human Resources*, 231 Ga. App. 129, 129 (497 SE2d 659) (1998). Mascorro's failure to follow the discretionary review procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See *Cloud*, 321 Ga. App. at 218.

---

[1] The order did not award the petitioner custody of the children.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,  11/03/2020*
 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*